IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LONNIE WINTERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3071 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEPHEN O'NIELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 47, the defendants' Motion to Stay further discovery and preparation of a pretrial order in this case until the court rules on the defendants' pending Motion for Summary Judgment. The plaintiff has not objected to filing no. 47. Therefore, filing no. 47 is granted.

SO ORDERED.

DATED this 4th day of October, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge